**UNITED STATES DISTRICT COURT**
**DISTRICT OF DISTRICT OF MINNESOTA**

Act One Photography, Ltd.,

Plaintiff,

vs.

Cable News Network LP, LLLP,

Defendant.

**Civil No. 01-473 (DSD/JMM)**

**NOTICE OF APPEARANCE AND STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Faegre & Benson LLP hereby enters its appearance on behalf of defendant Cable News Network LP, LLLP in the above action:

FAEGRE & BENSON LLP
Calvin L. Litsey (#153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

## STIPULATION

The parties, by and through their duly authorized counsel of record, hereby STIPULATE AND AGREE that defendant Cable News Network, Inc. may have until and including August 31, 2001 in which to Answer or otherwise respond to the Complaint in this action.

FILED AUG - 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

STIPULATION AGREED TO AND APPROVED BY:

**LINDQUIST & VENNUM P.L.L.P.**

Dated: August 2, 2001

Bruce H. Little (#17421x)
Garrett M. Weber (#271317)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2205
Telephone: (612) 371-3211
Fax: (612) 371-3207

**Attorneys for Plaintiff Act One Photograph, Ltd.**

**FAEGRE & BENSON LLP**

Dated: August 2, 2001

Calvin L. Litsey (#153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

**Attorneys for Defendant Cable News Network, Inc.**

**ORDER**

The foregoing Stipulation is hereby approved and IT IS ORDERED that defendant Cable News Network, Inc. may have until and including August 31, 2001 in which to Answer or otherwise respond to the Complaint in this action.

Dated: 8/9, 2001

~~David S. Doty~~
United States ~~District~~ Judge
Mag. Judge

M2:20403096.01

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500