UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ACT ONE PHOTOGRAPHY, LTD., CIVIL NO. 01-473 (DSD/JMM)

Plaintiff,

v. ORDER

CABLE NEWS NETWORK LP, LLLP,

Defendant.

The above matter came on before the undersigned on the Parties Joint Motion for a Modified Pretrial Schedule. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties Joint Motion for a Modified Pretrial Schedule is denied.

Dated: October 31, 2001

JOHN M. MASON
United States Magistrate Judge

## MEMORANDUM

At the Pretrial Conference, the parties proposed that the time for amending the pleadings or adding parties be set for December 1, 2001. The Court declined to adopt this date, and instead required that the pleadings be put in final form by November 1, 2001. The parties now propose that the Order be amended to provide the December 1 date which they originally sought.

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Under Local Rule 16.3, a Motion to modify a scheduling order must be supported by a showing of good cause. The parties have not met this burden. In support of this Motion, the parties merely recite that they "have engaged in settlement negotiations, including negotiations with a pertinent entity not yet a party to this action" and that they "believe that a 30 day extension would be beneficial to the prospect of settlement." They do not explain why they have reached this conclusion.

When the Court adopted the November 1 date for amendment of pleadings, it explained that this was necessary in order to achieve the other dates specified in the pretrial scheduling order, including: Provide expert reports no later than March 1, 2002, and conclude discovery by April 1, 2002. If a Motion to Amend were presented after December 1, it would be mid-December before the motion was submitted for decision. Particularly if a new party were added, it would not be possible for that new party to meet all of the deadlines now established by the Pretrial Order. This reasoning continues to apply.

J.M.M.