UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ACT ONE PHOTOGRAPHY, LTD., CIVIL NO. 01-473 (DSD/JMM)

Plaintiff,

v. ORDER

CABLE NEWS NETWORK LP, LLLP,

Defendant.

The above matter came on before the undersigned upon Defendant Cable News Network LP, LLLP's Motion for Leave to Serve a Third-Party Complaint in this action on Theater in the Round Players, Inc., pursuant to Fed. R. Civ. P. 14(a). Plaintiff did not oppose the Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant Cable News Network LP, LLLP's Motion for Leave to Serve a Third-Party Complaint in this action on Theater in the Round Players, Inc. is granted. Defendant may serve the proposed Third-Party Complaint no later than November 15, 2001.

Dated: November 2, 2001

JOHN M. MASON
United States Magistrate Judge

NOV 0 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK