**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ACT ONE PHOTOGRAPHY, LTD, Plaintiff, v. CABLE NEWS NETWORK LP, LLLP. Defendants. v. THEATER IN THE ROUND PLAYERS, INC., Third-Party Defendants. | Court File No.: 01- 473 (DSD/JMM) **STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER, PLEAD, OR OTHERWISE RESPOND** |

Plaintiff Act One Photography, Defendant Cable News Network LP and Third-Party Defendant Theater in the Round Players, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time within which the Third-Party Defendant, Theater in the Round, may answer, plead, or otherwise respond to Defendant's Complaint shall be extended to and including December 14, 2001.

2. The Court may enter the aforesaid extension of time in the form of the agreed Order below.

HC26DS4/ 4894/ 26552353.v1 12/4/2001

FILED DEC 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: ______________, 2001

FAEGRE & BENSON

By ______________________________________________
Reg. No. ____________________
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Attorneys for Defendant

Dated: ______________, 2001

LINDQUIST & VENNUM, P.L.L.P.

By ______________________________________________
Reg. No. ____________________
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

Attorneys for Plaintiff

Dated: December 4, 2001

HINSHAW & CULBERTSON

By [signature]
Julie L. Finch Reg. No. 185206
3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, Minnesota 55402
(612) 333-3434

Attorneys for Third-Party Defendants.

Dated: December 4, 2001

FAEGRE & BENSON

By Eunice P. de Carvalho
Reg. No. 257473
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Attorneys for Defendant

Dated: ____________, 2001

LINDQUIST & VENNUM, P.L.L.P.

By ______________________________
Reg. No. ______________
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

Attorneys for Plaintiff

Dated: December 4, 2001

HINSHAW & CULBERTSON

By ______________________________
Julie L. Finch Reg. No. 185206
3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, Minnesota 55402
(612) 333-3434

Attorneys for Third-Party Defendants.

HC26DS4/ 4894/ 26552353.v1 12/4/2001

Dated: ____________, 2001

FAEGRE & BENSON

By ______________________________
Reg. No. ______________
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Attorneys for Defendant

Dated: 12-4, 2001

LINDQUIST & VENNUM, P.L.L.P.

By [signature]
Reg. No. 271317
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

Attorneys for Plaintiff

Dated: December 4, 2001

HINSHAW & CULBERTSON

By ______________________________
Julie L. Finch Reg. No. 185206
3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, Minnesota 55402
(612) 333-3434

Attorneys for Third-Party Defendants.

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which the Third-Party Defendant may answer, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to December 14, 2001.

Dated: 12/5, 2001.

BY THE COURT:

Magistrate Judge of the District Court