UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ACT ONE PHOTOGRAPHY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK LP, LLLP,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>THEATRE IN THE ROUND PLAYERS, INC.<br><br>Third-Party Defendant. | Civil No. 01-473 (DSD/JMM)<br><br>**ORDER OF DISMISSAL** |

Upon the stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT:

1. This action and all claims asserted therein by any of the parties are hereby dismissed with prejudice and on the merits; and

2. Each party shall bear its own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/11/02

DAVID S. DOTY
United States District Judge

M2:20431577.01

Doc# 1504966\1

FILED 1-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-11-02
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ACT ONE PHOTOGRAPHY, LTD., Plaintiff, vs. CABLE NEWS NETWORK LP, LLLP, Defendant and Third-Party Plaintiff, vs. THEATRE IN THE ROUND PLAYERS, INC. Third-Party Defendant | Civil No. 01-473 (DSD/JMM) **STIPULATION OF DISMISSAL** |

The parties hereto, each acting through their duly authorized counsel of record, hereby stipulate and agree that the above action and all claims asserted therein by any party may be dismissed with prejudice and on the merits and that the Court may enter the proposed order attached hereto without further notice to any party.

Dated: January 8, 2002

LINDQUIST & VENNUM P.L.L.P.

By [signature]

Bruce H. Little #17421x
Garret M. Weber #271317
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274

Attorneys for Plaintiff Act One Photography, Ltd.

Dated: January 9, 2002

FAEGRE & BENSON

By [signature]
Calvin L. Litsey #153746
Eunice P. de Carvalho #267473
FAEGRE & BENSON
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendant and Third-Party Plaintiff Cable News Network, LP, LLLP

Dated: January 9, 2002

HINSHAW & CULBERSTON

By [signature]
Julie L. Finch #185206
3100 Piper Jaffray Tower
222 S. Ninth Street
Minneapolis, MN 55402

Attorney for Third-Party Defendant Theatre in the Round Players, Inc.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500